NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

---

**MIDTRONICS, INC.,**
*Plaintiff-Appellee,*

v.

**AURORA PERFORMANCE PRODUCTS LLC (DOING BUSINESS AS ARGUS ANALYZERS)** AND **BPPOWER, INC.,**
*Defendants-Appellants.*

---

2011-1589

---

Appeal from the United States District Court for the Northern District of Illinois in case no. 06-CV-3917, Judge Milton I. Shadur.

---

## ON MOTION

---

## O R D E R

The parties jointly move to stay the briefing schedule pending district court action below, or in the alternative, for a 60-day extension of time for Midtronics, Inc. to file its principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to stay the briefing schedule is denied.

(2) The motion for an extension of time is granted.

FOR THE COURT

**NOV 1 4 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Craig M. Scott, Esq.
James R. Burdett, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 1 4 2011

JAN HORBALY
CLERK